**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sandra Patricia Villanueva Rollo,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-04598-PHX-KML

**ORDER**

Petitioner Sandra Patricia Villanueva Rollo is a citizen of Colombia. (Doc. 8 at 1.) On December 10, 2025, an Immigration Judge ordered her removed to Honduras. (Doc. 8 at 1.) Petitioner appealed that order but later sought to withdraw her appeal. The Board of Immigration Appeals granted petitioner's motion, making petitioner's removal order final on March 26, 2026. On July 1, 2026, petitioner filed a petition for writ of habeas corpus. (Doc. 1.) Petitioner filed an amended petition on July 9, 2026. (Doc. 6.) One of the claims in the amended petition relied on *Zadvydas v. Davis*, 533 U.S. 678 (2001), in arguing her continued detention violates the Fifth Amendment. (Doc. 6 at 30.)

In their response to the amended petition, respondents argued the *Zadvydas* claim was either "premature *per se*, or [petitioner] ha[d] failed to carry her heightened burden." (Doc. 8 at 3.) The court ordered respondents to file a supplement no later than September 25, 2026, "providing evidence establishing petitioner's removal is significantly likely in the reasonably-foreseeable future." (Doc. 11.) Respondents did not file anything by that date.

As of September 26, petitioner had surpassed the presumptively-lawful six-month mark for detention after a final order of removal. Based on that, if Petitioner "provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing." *Id.* at 701. Petitioner argued she was told by "an ICE officer . . . that Honduras will not accept her for removal." (Doc. 10 at 2.) In the circumstances of this case, that was sufficient to shift the burden to the government to provide evidence showing removal is reasonably likely.

Respondents have not met that burden. Respondents provide neither evidence nor argument that removal is reasonably likely. The petition is therefore granted.

**IT IS ORDERED** the petition (Doc. 9) is **GRANTED**. Respondent must immediately release petitioner from custody and file a notice of compliance within two business days of petitioner's release. All pending motions are **DENIED AS MOOT**. The Clerk of Court shall enter judgment in favor of petitioner and close this case.

Dated this 28th day of September, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**